① 

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 28 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

To: Clerk US District Court, Southern District of MS.

5:23cv117-DCB-FKB

From: I ERIK FLOUNTEZ GARDNER, are in need of your help legally. I am incarcerated in Lincoln Co. Brookhaven MS. and have been here since 4-20-23, I have a few things I want to articulate on, about a few Cases and law suits

#1. In 2014 or 2015, Officer-Penny Banks Charge me with Grand-larcry, Saying I robbed and stole a lady car from the star-drive-inn it was never a 9-1-1 call or report or on camera of a incident ever happend. The case last from above date until 10-3-23 long pass the Statue, I told my lawyer Joey Norton I wanted to go to trial woh itch he kept telling me to pay a fine which he clearly was Misrepresenting me on both cases #1 and #2 I've been here w/o bail from 4-20-23 to 10-3-23 until I paid a fine for a crime I didn't committ just to get money out of me and rail-road me on my 2nd charge Misrepresentation. #2 On 4-20-23,

I was driving down M.L.K st came to a



Stop at M.L.K and Independence st stop sign Signal on turning left, My Sister is with me Monique Gardner I might add. I'm at the stop sign I look out of my mirror I see a car behind me over a football-feild away at a fourway stop sign infront of the G store turning left coming toward me, I didnt think nothing of it. So I turn left still indulging in conversation I realize when I got to the stop sign of Independence and N. 2nd st I notice a car a top speed comin toward me so I sat still until the car pulled up behind me I waited for a few more seconds than I turn my signal on and turn left again when I pulled onto 2nd st then he turn on his lights I pulled over, Officer walked up to my truck and said, word for word, You know what this is get out of the truck, He ran his hand accross his vest that read State Police his Name is Luke Henderson he said wheres the drugs I said come again by then three to four more detectives came they got my sister out the truck Officer Henderson started searching my truck didint ask for I.D or Nothing I ask why did you pull me over he said my tag light was out I pulled out my phone recorded that my light was working I knew it was working because



I just bought the truck and drove it to Mississippi from Las Vegas NV, Officer Lisa Jackson have all on camera of our conversation and Illegal Search, I ask again why they stop me I was showing Officer Lisa Jackson and showing her my tag light is on, then Officer Henderson said I ran a Stop Sign, word for word he said on Camera I though I seen you ran the stop sign I said No you didnt, I seen you infront turning left in-front of the C-Store I was at a Complete Stop and was at a Complete stop at the stop sign of Independence and 2nd St. He Started laughing, when they finnish the 1st Search Officer Henderson wrote me a ticket for "running a red-light" which I have the documents, The 2nd Search they found drugs then on Camera made me sign papers in order to let my sister go free, Note: He said his reason for pulling me over was my tag light, ran stop sign, but gave me a ticket for running a red light and that isnt true, because there was not any around

#3 On the day of My Pre-lim My lawyer Joey Norton did a Poor very poor of representing me He tried to get me to wave my rights



when I refuse to do so he got mad when I entered the courtroom and sat next to him and ask him a question he turn his back on me and faced the court whitch was the judge, Officer Luke Henderson and smiled like I was nothing or nobody My Mother Cassandra Hooks and Father John Hooks present at the time seen it all. The judge ask Officer Henderson why did he stop me, he said for running a stop sign and the judge said why do he have a ticket for running a red light, the Officer couldn't answer the question but tried to say again a stop sign I didn't have a fair fight I feel like I was Rail road even after I paid the fine I Never had a chance to speak only ask questions. I really Need your help

Thank you and God bless

ONE More thing
Pg. 5



I been here since 4-20-23 I have documents and dates about My health My foot is broken they took me to get a X-Ray so they are aware of My Pain The Doctor keep telling me the jail wont pay for my Surgery and keep trying to Make me take all types of Pills then tell me if I take them for a long Period of time they are harmful to me & give me a old dusty boot that's to little and just been Sprayed with lysol, they havent checked my Sugar Since I've been here.

Mother's Cassandra Hooks #601 748 3027