UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIK FLOUNTEZ GARDNER                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:23-cv-117-DCB-ASH

LUKE HENDERSON, et al.                                                   DEFENDANTS

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the

Memorandum Opinion and Order issued this date and incorporated herein by reference, it is

hereby

ORDERED AND ADJUDGED that this lawsuit be dismissed without prejudice.

SO ORDERED, this the  21st   day of October, 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE